FILED

OCT 07 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEJ

SHRUTI SHETTY                        )
                                     )
              Plaintiff,             )   CV16    550  6012
                                     )   CASE NO. ____6016-00607
     vs.                             )
                                     )   EMPLOYMENT DISCRIMINATION
Cisco Systems,                       )   COMPLAINT
                                     )
                                     )
                                     )
_____ )

1.   Plaintiff resides at:

     Address   640 CLAY ST #104

     City, State & Zip Code   SAN FRANCISCO, CA 94111

     Phone   415-888-5623

2.   Defendant is located at:

     Address   CISCO SYSTEMS, 150 W TASMAN DRIVE

     City, State & Zip Code   SAN JOSE, CA 95134

3.   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.   The acts complained of in this suit concern:

     a. __ Failure to employ me.

     b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)              - 1 -

1      c. __ Failure to promote me.

2      d. _X_ Other acts as specified below.

3  ATTACHED. _EMLOYMENT DISC PAGES 2-3 ._____

4  _____

5  _____

6  _____

7  _____

8  _____

9  5.    Defendant's conduct is discriminatory with respect to the following:

10      a. _X_ My race or color.

11      b. __ My religion.

12      c. _X_ My sex.

13      d. _X_ My national origin.

14      e. _X_ Other as specified below.

15      a, c, d, retaliation, equal pay act._____

16  6.    The basic facts surrounding my claim of discrimination are:

17  ATTACHED. _EMPLOYMENT DISC, PAGES 4-21_____

18  _____

19  _____

20  _____

21  _____

22  _____

23  _____

24  _____

25  7.    The alleged discrimination occurred on or about -- _April 9th 2015_____.

26                                  (DATE)

27  8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)        - 2 -

1  discriminatory conduct on or about  March 31'st 2016         .

2  (DATE)

3  9.       The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4  (copy attached), which was received by me on or about  July 11th 2016              .

5  (DATE)

6  10.      Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7  Yes _X_   No _

8  11.      WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9  including injunctive orders, damages, costs, and attorney fees.

10

11  DATED:  October 7th 2016                    _____

12  SIGNATURE OF PLAINTIFF

13

14  (PLEASE NOTE: NOTARIZATION          ____SHRUTI SHETTY_____

15  IS NOT REQUIRED.)                     PLAINTIFF'S NAME

16  (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

1   ·Your name:__ SHRUTI SHETTY _____

2   Address:___ 640 CLAY ST , 104 _____

3   _____ SAN FRANCISCO, CA - 94111 _____

4   Phone Number: 4156885623 _____

5   Fax Number:_____

6   E-mail Address: shruwork@gmail.com _____

7   Pro Se   *[Select one: Plaintiff]*

8   ## UNITED STATES DISTRICT COURT

9   ## NORTHERN DISTRICT OF CALIFORNIA

10  *[Select one location: San Francisco / Oakland / San Jose / Eureka]*

11

12  **SHRUTI SHETTY** _____     )   Case Number: _____

13  _____     )

14  Plaintiff(s),     )   *Title of Document:*

15  vs.     )   **EMPLOYMENT DISCRIMINATION**
                    )   **COMPLAINT (EEOC – Title VII of the**
16  **CISCO SYSTEMS;**     )   **Civil Rights Act of 1964), Equal Pay Act**
                    )   **(EPA)**
17  **DOES 1 - UNKNOWN**     )

18                    )
        Defendant(s).     )
19                    )

20                    )

21                    )

22

23  _____

24  include: _____

25

26

27

28
TITLE OF DOCUMENT: EMPLOYMENT Disc.   CASE NO.: _____

PAGE NO. 1 OF 24   [JDC TEMPLATE]

**ATTACHMENT FOR QUESTION 4: The acts complained of in this suit concern:**

Discrimination; **Null and Void my work** to retaliate against complaint of breach of contract;

Injurious promotion to attract new business soliciting old colleagues from previous organizations

using false statements without my consent that gravely injured my family and me opening us up

to **violent hate crime and government tortuous interference**; Fraudulent misrepresentations;

Injurious and deceptive practices to **blur and dilute my standing by tarnishment** serving a

malicious and vindictive intent that could distance my family, friends and hamper normal life

activities and outcomes surrounding it, using as channels and means - promotion of and

solicitation by those that lead dismal lives, to force reliance by association creating confusion of

actual origin of work or identity; **False publications**, company wide injurious dissemination of

defamatory remarks; **Misusing the designation of producer of goods** and continuing to make

aggressive arrangement to maintain status quo to benefit from it; False statements to prevent

promotion, **discriminatory compensation decision**, Intentional interference with prospective

economic advantage; **Bribery** of reporting line by a psychopathic stalkers family outside the

scope of work to control outcomes, keep me monitored, learn of developments, trade my data,

keep me marginalized, indirectly communicate and harass me, train, steal, pass-off credit and

skills I acquired as theirs, to **thwart and redirect better job opportunities**; Tortuous

interference with outside work relations, **Intrusion of privacy; Physical Assault; Chemical**

**attacks**; Palming-offs; **Theft of intellectual property**; Hostility; Backdoors to government hired

hands and moles to control financial enrichment, thwart opportunities and redirect investments;

**Training third party engineers and other private parties** remotely using electronic

surveillance through government backdoors to steal my intellectual property; **Provocation to**

**induce me to reveal trade secrets of previous organizations**; Induce interrogations, attacks,

and tortuous Interference by ex-employers or private parties leading to grave consequences;

**Stalking**, Sexual Harassment; Group concerted effort to marginalize; Quid-pro-quo schemes;

**Cyber Stalking; data-brokering** after stealing personal browsing information from ISP outside

the scope of work; Surveillance of home activities; tortuous interference; disparagement;

harassment; **Unsafe workplace; Unjust enrichment** from **stealing my copyright work illegally**

TITLE OF DOCUMENT: _EMPLOYMENT DISC_ CASE NO.: _____

PAGE NO. _2_ OF _24_ [JDC TEMPLATE]

1   **and without my consent**, other trade secrets outside the scope of employment and those shared

2   outside the scope of actual work to benefit other favorable entities to receive accolades for it.

3   **Aggravated Identity theft; Criminal Identity Fraud;** Malicious Investigations; Intentional and

4   negligent infliction of emotional distress; **Grave physical body permanent injury; Tampering**

5   **work resources** during a hoax contest that was kept from me to attract new investments and

6   redirect what was rightfully mine; **Diluting my intellectual labor; Limiting work resources;**

7   Emotional distress; **Non-cooperation to provide leave** to file lawsuits or investigate seriously

8   complaints of breach; Lost job opportunities, delayed career progression and relevant job

9   skills development; **Control outcomes based on seniority and gender;** Unfair-Pay; **Loss of**

10  **Pay; Out of Pocket Expenses to handle breach, hate crimes, mobs, solicitation, lawsuit,**

11  **relocation, and surfaced personal injury; Bankruptcy;** Blacklisting Investments outside the

12  scope of employer; Reckless and negligent interference with prospective employment

13  opportunities and personal efforts to mitigate the effects of discrimination;

TITLE OF DOCUMENT: _EMPLOYMENT DISC_   CASE NO.: _____

PAGE NO. _3_   OF _27_   [JDC TEMPLATE]

1  6: The basic facts surrounding my claims of discrimination are:

2       1. Cisco breached the contract by stealing my school research material which they had no

3  access to and passed it off as others work by stealing it from my personal computer installing

4  malwares and kept me from getting a promotion from 4 years without hike, reducing my bonus

5  mid year and thwarted outside career advancement opportunities tortuously interfering in my

6  matters outside the scope of employment because those opportunities are not made available to

7  anybody that easily including the highest reporting line at the offshore team. A job that I

8  separately bagged already that paid me double was also thwarted through defamation by

9  monitoring my personal emails which I have never accessed in my office laptop as a work

10  principle.

11       2. They were acrimonious and enraged after learning of my assignments from their

12  various tortuous interference and hired hands that were intrigued of my identity from code

13  reviews on email aliases. I did not work for any team that any other engineer in entire Bangalore

14  office of Cisco contributed in through my employment with Cisco until Feb of 2015. They used

15  government back-doors to learn of my work developments, thwart any positive progress or

16  financial enrichments, showed their disgruntlement of my work assignments in Cisco Systems

17  for technical collaboration with various senior technical engineers at the grade of Principal

18  Engineers in San Jose to drive a library I single handedly owned from the time I was hired in

19  Aug 2012 up until Feb 2015. They learned that I had quite the visibility at Cisco with higher

20  management and that I was looked at favorably for higher opportunities because of my previous

21  contributions in US that benefited X number of people and organizations that misappropriated

22  my copyright work and trade secrets which I had not disclosed to anybody in my reporting line

23  strictly limiting my collaboration for specific work assignments only. They considered this level

24  of visibility and positive outlook as a threat and wanted to curtail this to prevent exposure to their

25  fraudulent agreed upon misrepresentations. Regular engineers I never collaborated with from

26  other business units or unrelated teams, including my reporting line became extremely intrusive,

27  curious and started provoking me to reveal details of my work history and personal associations

28  even arranging to reach out to ex-employers to see if they could determine why, creating a

TITLE OF DOCUMENT: EMPLOYMENT DISC   CASE NO.: _____

PAGE NO. 4 OF 24   [JDC TEMPLATE]

1   violent propaganda and misinformation campaign, arranging for my move between various

2   interim engineers, to redirect opportunities made available to me to their chosen entities.

3        For the work I indulged in from March 2015 through August 2015, credit was palmed

4   off, irrelevant difficulties were created, promised head-count was not made available during the

5   course of the project to deliver their part on time, I was forced to take up three head-counts job, I

6   worked round the clock from March 2015 through August 2015, work resources were tampered

7   and regularly made unavailable to create delays, was humiliated and insulted for my skill sets in

8   a new team I moved into by direct peers, younger engineers working on trivial applications and

9   other new agents not knowing what I worked on till then, I faced denigration in my reputation

10  and standing, I lost 70% of my hair from chemicals I was exposed to at work, sporadic and rapid

11  greying of hair in 100's in a matter of 6 months since May 2015, I was attacked using hazardous

12  chemical and by projecting tear gases in my eyes which continues even to this day, I was tazed

13  using laser guns and other wirelessly enabled devices by employer, causing me to develop

14  excruciating arthritis pain prematurely, facial permanent skin burns, premature wrinkling,

15  discoloration and open pours being exposed to corrosive toxic chemicals. I am even to this day

16  continued to be assaulted in an aggravated way for reporting the breach, fraud, discrimination

17  and receiving a right to sue from EEOC.

18       The reporting line aided and abetted an intentional breach of contract arranging to train

19  third party engineers outside the scope of Cisco, who through government immunity arranged to

20  extort, blackmail and intimidate - to prevent me from considering future opportunities

21  unfavorable to their beneficiary needs that were irrelevant to me, my future progression and was

22  unfair competition. Those that gained illegitimate backdoor entry through electronic monitoring

23  were encouraged by Cisco employees to dilute my reputation and standing by tarnishment

24  through forced association to enhance their low-standing and benefit from mine in turn reducing

25  mine, indulged in false endorsements and false advertisements, harassed me to extend favors to

26  them, closely watched my every movement, impersonated me, stole my work material, and were

27  surreptitiously and sadistically enjoying what I was subject to, tampering with my work

28  resources, stalking me and letting me openly know of their adverse actions. Their families

TITLE OF DOCUMENT: EMPLOYMENT DISC CASE NO.: _____

PAGE NO. 5 OF 21 [JDC TEMPLATE]

arranged for their training using electronic monitoring to gauge how I managed to get these opportunities and how they could redirect it to their own favorable entities, to pass themselves off in association with me.

In 2015, while I was reconsidering a move back to US, they arranged for my aggressive attack again, other lower grade engineers and contractors outside the scope of my individually driven work and other team acquaintances I did not directly work with stalked me in and around campus, monitored my work closely, tampered with my work resources, and disseminated false statements, indirectly communicating with me on behalf of independent contractors, that committed fraud and were serving as government backdoors, to keep them above law and to project themselves in a fraudulent light to assert and spread a belief that they were superior, empowered or more powerful and hence could behave outrageously and get away with it - thinking that is rather immature, irrelevant and outside the scope of work stemming from intense insecurity and fear of prosecution for their various economic espionage and criminal activities. They bickered, annoyed, nitpicked and harassed me endlessly for the minutest of actions waiting to hold any plausibile work action or otherwise against me choosing to even use my private work experiments against me, expected me to work under this level of attack and while I continued to stay undeterred, chose to misrepresent, discredit, null and void my work, subjected my family and me to assault, tried to win my families and distant relatives support to communicate to me on behalf of them, stalked me outside the scope of work as well, bribed and baited my extended family, falsely imprisoned me at home by enabling electronic monitoring from their spy launched above my home studying all our private activities, fraudulently acquire trade secrets and thwart positive developments.

This level of monitoring was also extended to a lot of other Cisco engineers to learn of what I do and how I approach work that were outside the scope of my work or domain and caused needless stress given the heightened drama surrounding these outside entities actions to protect themselves from disclosure. I gravely suffered financial losses, loss in career development and progression, loss in great future opportunities, investments for my startups and my ideas and loss in personal reputation in a way that took an unimaginable emotional toll and

1  inflicted acute pain and suffering in me.  There was a drastic shift in the behavior of everybody
2  around me, causing my family to be at the receiving end of caustic attacks resulting in pain and
3  suffering of my family that eventually lead to their blackmail by the same entities. I was then
4  physically tazed, and subjected to nuclear and bio-hazards, arranged for neural monitoring and
5  electrocution using technologies made available to them through defense. They currently
6  sexually assault me using these devices remotely, using radio technology and satellite monitoring
7  locking down on a human body to monitor their vital stats remotely, neuromorph, brain map,
8  taze and emotionally condition me to be slave to their attacks as retaliation along with increased
9  practices of witchcraft as I was preparing to file for lawsuits since August of 2015.

10  They have full access to my personal and professional records, and everyday happenings
11  and are thus extremely well-tuned to the actions and turn-arounds of my life and hence were in
12  no way limited to determine and understand the magnitude of the outrageous  conduct against me
13  and its physical, emotional, personal and professional as well as life threatening fall-outs.

14

15  **INJURIOUS PROMOTIONAL PRACTICE**

16  Jagadish Maiyya, Minal Khodani, et al on behalf of Cisco tried to cold-call and solicit
17  Pierre Patino, an ex-colleague from Philips Health Systems, that I became aware of in April of
18  2015 using false misrepresentations that served costly to my honor, dignity, professional and
19  personal standing concocting lies about our previous association. They used me to induce this
20  contact with him on fraudulent basis to my embarrassment and chagrin without my knowledge.
21  This was internalized differently by the Polaris team I worked for, my reporting line and served
22  as channel to get Philips Health Systems to also interrogate me of my association with Pierre
23  possibly through fraudulent misinformation I was unaware was doing the rounds since I left
24  Philips in Dec 2009 and could have been the actual reason for my malicious investigation and
25  singling out in   Mercedes Benz in 2010, and discrimination at Argela including Ray
26  D'Ambrosio's continued tortious interference in my work. I took wrong decisions and was
27  subject to unfair competition foregoing my jobs and relocating to India incurring unimaginable
28  losses as well as demotion, unfair and glaringly reduced pay, inspite of the investments and

TITLE OF DOCUMENT: _EMPLOYMENT MISC_  CASE NO.: _____

PAGE NO. _7_ OF _21_  [JDC TEMPLATE]

1 opportunities they had coming their way as a result of my working with them choosing not to
2 give me credit for my work and grossly misrepresenting my work assignments with them. This
3 first came to light in mid April - May of 2015 having been completely oblivious of my demise
4 and others hate crimes against me. The rumors were atrocious and could prevent my family from
5 associating with me. I then learned I was being victimized, sabotaged and impersonated by Minal
6 Khodani, an escort and a prostitute and Arnab Basu, a desperate stalker and fraudster who
7 spreads false statements to benefit from associating with me, both of whom were provided
8 leeway into Cisco to monitor my movements from years. I became a victim of Identity Theft and
9 now the matter has turned into criminal identity fraud.

10 They went so far as to even concoct lies about my family and pose as ex-employers
11 agents to convey defamatory remarks of my family and background through office colleagues
12 seated in my vicinity at the time of a hoax contest at work between March through August of
13 2015 I was kept from, to shock me and instill emotional trauma.

14 **Cisco employees and lower management penalized me for enjoying high level**
15 **visibility inside and outside the organization in the software industry.**

16 This was syndicated by Ray D'Ambrosio, an adversary, that keeps track of me to prevent
17 economic beneficial prospects from opening up, through bribery. I indirectly reported to him at
18 Philips Health Systems - a king-pin that makes defense tools available to empower spies of third
19 world governments at a price. He arranged for my harassment and tortuously interfered at my
20 new employers since walking out of Philips in Dec 2009 and continued to maintain close
21 surveillance of my work developments and personal life events to thwart both and marginalize
22 me that got me to relocate back to my home country foregoing my work in US. He gated my
23 entry to US since relocation in 2011 by choosing to allow it only by extending allegiance to him
24 and through channels made available by him. He used the help of Pierre Patino, an ex-colleague
25 that I had very little collaboration with and was forgotten at the time they reconnected early last
26 year to dissuade me into buying into a pre-arranged set of lies when they found out about the
27 opportunities I was presented with, none of which was true during an investigation they were
28 opened up to that I was to serve a witness to, that got me to be at the receiving end of harmful

TITLE OF DOCUMENT: EMPLOYMENT  DISC  CASE NO.: _____

PAGE NO. 8  OF 24  [JDC TEMPLATE]

1   and inquisitive probes from Cisco and other ex-employers as well as disgruntled outpours from a

2   mob irrelevant to all of it at large. None of them chose to take any accountability for the harm

3   inflicted against my family and me.

4   They violently interfered and physically assaulted me to prevent me from working,

5   opening me upto to provocative, demeaning, retaliatory and confusing interrogations that I could

6   not overlook sending me off on a different tangent arranged for as a trolling scheme - all of

7   which was done with a motive to benefit from the investments, promote themselves fraudulently,

8   injure me, defame me, steal ideas from me and pass me off in a rather dim light causing me to

9   lose out on marriage developments on personal front as well as a job that I had bagged on my

10  own locally that was willing to pay me double of what Cisco did and also relocate me back to

11  California in a years time apart from attempt to redirect my investment to their own pockets.

12  Pierre Patino along with Ray D'Ambrosio bribed and induced my direct reporting line,

13  Shashidhar Srinivasa, Jagadish Maiyya and Sabitha Krishnamurthy and DOES 1-50 to

14  discriminate against me and fraudulently mis-represent me and discredit me to favor Arnab Basu

15  and Minal Khodani given these two had begged them for opportunities after stalking me and

16  studying and profiling me closely for years to retrieve names of those I worked with, gaining

17  access to my work colleagues and following me to my work place to then cold-call them and

18  were remotely acquainted with me as a college senior and a housemate but actually work as

19  Indian government spies sent to marginalize me, to prevent my financial enrichment. I was

20  oblivious of how these two had won the support of my direct colleagues that they were

21  acquainted by dropping my name without my knowledge. These two are fraudsters and are

22  adopted by Cisco to bail them out.

23  Pierre, et al had fallen prey to their lures, been baited, indulged in money laundering and

24  other compromising and sub-par acts, had committed mistakes they could not admit to to avoid

25  legal liability and were compelled to pass me off as sub-standard as per the requests and self-

26  interest's of Minal Khodani and Arnab Basu's backdoor corrupt Indian government promoters at

27  Cisco Systems both San Jose and their offshore team in India who had arranged for them to

28  watch me and commit Identity fraud to then be considered for opportunities made available to

TITLE OF DOCUMENT: EMPLOYMENT BIAS   CASE NO.: _____

PAGE NO. 9 OF 24   [JDC TEMPLATE]

1    me using their hired hands in Cisco Systems through Scott Jackson, Pratap Perreira, Sabitha

2    Krishnamurthy, Jagadish Maiyya and Shashidhar Srinivasa.

3         Kal Mos at Mercedez Benz who I reported directly to was also under the beck and call of

4    Ray D'Ambrosio and Pierre Patino. Inducing me to take up positions that I was not interested in,

5    grossly misrepresenting my work at Mercedes and controlling outcomes of where I worked, who

6    I interviewed with and where I got jobs so they could arrange for me to be monitored or enjoy

7    their tortuous interference in my work affairs to continue to agree on or disagree or null and void

8    my contributions as per my ability to handle their attacks - with the main intention being to

9    continue to suppress me and get me to agree to their sub-par requests including extending

10   allegiance to them and those quid-pro-quo attempts that reflect very poorly on me professionally

11   and personally just to confuse me into taking wrong actions against my own career and personal

12   life.

13        I have been at the receiving end of very deranged actions at the hands of the employees I

14   directly reported to or worked with since this happened. And have been solicited, brokered and

15   licensed to third parties by being reduced to a commodity. Have been at the receiving end of

16   professional envy due to the misrepresentation of actual truth opening me and my family up-to a

17   mob to attack me and indulge in genocidal attacks and violent hate crimes.

18        My relatives were also lured and baited with opportunities that were "meritoriously"

19   made available only to me, to get them to attack me, harass me, and indirectly communicate to

20   me on behalf of Ray D'Ambrosio, Pierre Patino and Kal Mos to induce reliance and guilt by

21   association for their various fraudulent acts. My relatives also attacked me falling for an easy

22   opportunity to make quick bucks from possible investments in startups or for opportunities to

23   their own kith at my expense and paid handsome bribes to the listed party. They volunteered in

24   their physical attacks and surveillance to assault and torture me round the clock.

25        Cisco Systems acted in accordance to their injurious promotional plans providing leeway

26   to these agents at my expense.

27

28   FRADULENT CONTEST PRACTICES:
     TITLE OF DOCUMENT: _EMPLOYMENT_ _DISO_   CASE NO.: _____
     PAGE NO. _10_ OF _81_   [JDC TEMPLATE]

1     The defendants were unperturbed by the plaintiffs emotional distress and derived sadistic

2     pleasure from watching her plight and the wrong perpetrated against her. There was a viewing

3     party arranged in consortium with all the previous organizations hand picked employees and that

4     of my current employer, who not just stalled my progress through regular slurs and hostility, but

5     also disrupted, tampered and made unavailable work resources regularly. There was a match-

6     game carried on behind my back, without my knowledge encouraging so-called opponents to

7     watch and steal, pass-off, discredit, miss-quote oral and email discussions to my confusion and

8     chagrin not knowing what was brewing opening me up to sub-standard defamatory attacks that I

9     was ill-equipped to handle at that time to the best of my abilities not knowing its true motive.

10    The so-called contestants were provided with secret assistance from my own work progress and

11    approach, taking pains to make sure the pre-determined outcome arranged for would not fall-out.

12    As a direct and proximate result of the aforementioned extreme and outrageous conduct,

13    the plaintiff got aggressive in her work approach opening her up to be at the receiving end of the

14    defendants insecurity of exposure to breach, causing a lot more people including the defendants

15    to gravely injure me, by means of persuasion, bribery, intimidation, defamation, mockery,

16    physical injury, unthinkable derogatory remarks, threat or otherwise, to induce or cause any

17    contestant in a purportedly bona-fide contest of intellectual knowledge or intellectual skill to

18    refrain in any manner from using or displaying her knowledge or skill in such contest, during and

19    after the completion of tasks.

20    The actions of the defendants continued to be malicious, fraudulent and of oppressive

21    nature out of disgruntlement given the fall-out of predetermined arrangement in the contest of

22    knowledge, skill or chance. Being unable to cope with and comprehend their reality in face of

23    mine and the outcome of the so-called contest that was kept from me, they eventually threatened,

24    stalked, intimidated, and circulated through the entire office false statements fearing loss of face

25    since August 2015. I feared for my life, standing and reputation and filed complains all of which

26    were discarded as frivolous.

27    I have suffered grave physical injury and had to undergo treatment throughout the so-

28    called contest that I got to understand was a match to stall the opportunities that were made

TITLE OF DOCUMENT:___EMPLOYMENT DISC___ CASE NO.:_____

PAGE NO. 4 OF 24   [JDC TEMPLATE]

1    available to me making null and void all I contributed, or every copyright material I worked on
2    in my privacy, by publicly disclosing contents through gross intrusion of my privacy causing me
3    grave financial losses and enrichment of other undeserving agents. I to this day have permanent
4    recurrent conditions triggered since this contest.

5        Cisco did not notify me of their fiduciary duty against the wrongs perpetrated that cost
6    me unimaginably, leading to losses of personal, professional and financial nature and affected
7    my quality of life - even a reasonably moderate life seemed out of reach given the emotional
8    trauma and pain inflicted through everyday repeated interferences. I was in talks regarding the
9    legal matter with Cisco lawyers, HR, and its investigative departments since October of 2015.
10   They did not choose to help me with legal matters they exposed me to, or extend any direct
11   support or help, incurring acute financial losses and loss of pay from job I had to let go and was
12   constructively induced to walk out, compromising me to be attacked my those irrelevant to my
13   case causing grave humiliation, embarrassment and reduction in my standing.

14       RESPONSIBLE PARTY:

15       Jagadish Maiyya

16       Given my employers disregard to protect my honor and standing for matters they
17   compromised me to, their employee – Jagadish Maiyya that had perpetrated the fraud by
18   injuriously promoting himself to the likes of Pierre Patino for personal benefits, currently in
19   Varian Medical Systems, Milpitas as per Linkedin, leaning on my good name, lead to his
20   empowerment to attack me even in US after relocation. In the last several months in the US
21   while preparing for the lawsuit against the adversaries, I have been misrepresented as having
22   been trafficked into US for fraudulent activities to cause severe mental trauma and open me up
23   for further attacks and dilute my standing and reputation further by tarnishment. Jagadish Maiyya
24   currently leans on government agents to derive immunity for his criminal acts against me and
25   Cisco is continuing to protect this person and refused to file a workplace restraining order against
26   him at my behest after negotiating with them to prevent him from stalking me. Their inaction
27   lead to very traumatizing attacks since and his deranged outbursts that needs immediate
28   imprisonment. They have rigged the place I am currently put up at with their private

TITLE OF DOCUMENT: EMPLOYMENT DISC CASE NO.: _____

PAGE NO. 12 OF 24    [JDC TEMPLATE]

1  investigators and bribed my Hotel managers to electronically monitor my hotel room activities

2  and attack me by intruding on my privacy by providing feedback from adjacent rooms to troll my

3  lawsuit and intimidate me as well as physically assault me. This person has since Jan 2015 till

4  now chosen to grossly interfere in my personal matters, professional matters and is attacking me

5  like a violent predator at the behest of Indian government and Minal Khodani to prevent her from

6  getting exposed mainly to TARNISH MY HIGH STANDING AND REPUATION I ENJOY BY

7  FORCING HIS PRESENE AND DEROGATORY ACTIONS to prevent me from enjoying the

8  opportunities I have earned for myself. They stitched together far from true lies about my work

9  history, were enraged after finding out about my employments in US and internalized this to

10  attack me out of professional jealousy to stall and deter opportunities made available to me. They

11  made arrangements to acquire promotions for self using my standing and chose to marginalize

12  me in the long run given reluctance to extend allegiance to their fraudulent activities that lead to

13  my complain of breach against them to Cisco Systems, US.

14      Shashidhar Srinivasa:

15      Immediately after running a background check to stall great career opportunities made

16  available to me at the start of 2015, an interim manager, Shashidhar Srinivasa, was motivated to

17  grossly disparage my work without showing any indication of relying on factual data provided to

18  him up until then. His statements were derogatory and personally motivated. He made false and

19  misleading statements, resulting in an appropriation of the result of my investment of intellectual

20  labor. He did not extend necessary support for assignments that built up and showed complete

21  and blatant dishonesty in representing my work causing reckless empowerment of peers that felt

22  encouraged to talk me down through fraudulent self-promotion and self-puffery in Polaris email

23  exchanges that gravely affected my standing and was malicious and intentionally done to defame

24  me and provoke me into acting out aggressively. They continued my discrimination after he left

25  through his reporting line to aggressively show hostility towards my career developments being

26  completely oblivious of my job history in US, choosing to lean on corrupt local government

27  practices to bail out those that had committed crimes against me who were being interrogated

28

TITLE OF DOCUMENT: EMPLOYMENT MISc   CASE NO.: _____

PAGE NO. 13 OF 21   [JDC TEMPLATE]

1   'and exposed through these channels in parallel. This is against Racketeering Influenced Corrupt

2   Organization Act as codified in 18 USC § 1961-1968

3        Pratap Pereira induced me to extend support to Minal Khodani as a subtle attempt at

4   insult and to defame me openly. He arranged for me to be disparaged in polaris mail chains to

5   dilute my professional standing. After prototype of a new software that was to do away with

6   XRAY, a legacy profiling tool I owned, the work was palmed off. Servers locally setup for

7   exclusive development of this project were abruptly tampered with and  made unavailable. He

8   tarnished my reputation by drawing a parallel of me with the likes of Minal Khodani, somebody

9   that didn't even work at Cisco Systems, to bail her out of an investigation, and out of retaliation

10  arranged for her to take credit of my work by passing it on to her. I was humiliated, hurt and

11  suffered great embarrassment and attacks at the hands of those I wouldn't associate with or be

12  open to interact with.  And was forced to don on her identity and pass mine off to her arranging

13  for physical assaults using wirelessly enabled defense tools.

14       Scott Jackson also was interested in promoting Arnab Basu similarly choosing to thwart

15  my personal marriage developments at that time with a prospective beau from my own roots. It

16  was a gross and insensitive attempt at false advertising to elevate the standing of a stalker who

17  had committed grave crimes against me. They seemed more interested in who I was going to

18  marry than my work to fraudulently pass Arnab Basu off in association to me at the time I

19  enjoyed a lot of visibility to unjustly enrich him with opportunities that I am the brain-child of.

20  The same attempt was made to promote other agents to steal from me what I had earned and

21  empower undeserving merit-less agents an opportunity to elevate their standing at my expense.

22       They in consortium redirected investments made available to me to their own favorable

23  channels and kept me in the dark.

24

25

26

27

28  Sabitha Krishnamurthy

TITLE OF DOCUMENT:_EMPLOYMENT DISC_CASE NO.:_____

PAGE NO. _14_ OF _21_   [JDC TEMPLATE]

Sabitha Krishnamurthy at Cisco Systems, San Jose earlier this year had arranged for my mother to assault me and traumatize me due to malicious, negligent, intentional and gross defamatory remarks she had shared with my mother since mid 2015 inducing her to cooperate in their assault, causing grave emotional distress to my family and me. She had no way of asserting if these remarks were true at the time she made them choosing to use that to color her approach, work assignment and discriminate against me. It was mainly done to impute fraud, deceit, dishonesty with intent to cause injury with knowing or reckless disregard of falsity of a statement. I learned only in the month of August 2016 of the truth behind these accusations to my shock of a "medical malpractice" and fraudulent promotion by my ex-employer of concocted background reports that I was oblivious of from a medical service availed in November of 2009 at the time I was employed at Philips Health Systems, San Jose, CA.

Cisco independent contractors, government backdoors – Minal Khodani and Arnab Basu

The said party, Arnab Basu and Minal Khodani, Indian government moles using government back-doors, since 2009 indulged in misrepresenting me and my background, professional and personal, grossly and shockingly, associating us with adult sites and terrorist outfits. They created pornographic profiles on social platforms with my name associating it with my legitimate email accounts. They stole 55lbs of my school academic material through a mail theft to reach great heights of fame by trading it as their work. They indulged in dilution by tarnishment as stated in Section 43 of Lanham Act. This was done to encourage me to lend allegiance to the said party, promote them, inflict on me emotional pain and trauma, confuse my employer about my credibility to prevent them from hiring me and take me seriously. This eventually opened me up for malicious investigations, intrusion of my privacy, fraudulent activities and sub-par attacks at the hands of my employer employed as means of interrogations or plain hostility from "dilution by tarnishment" of my character, reputation, professional standing and credibility at the hands of these sub-par elements who continue even to this day associate with me for reliance. This also opened me up for aggravated identity fraud and repeated torts when I took wrong actions from the disputes created like walking out of jobs, breaking the lease, incurring losses through investment in time, energy and frustrations involved in finding a

TITLE OF DOCUMENT: EMPLOYMENT DISC CASE NO.: _____

PAGE NO. 15 OF 21 [JDC TEMPLATE]

decent place to move to, stalking me at every step using their friends either at religious places visited, in shopping malls outskirts of the city, or to have their friends speak on their behalf arranged for while home-hunting for roommates or apartments opening me up to be received by rather insulting or sub-standard quips or mockery and forcing me to submission and control to their activities or self-ambitions of promoting themselves through me that I completely detested and was against since it caused me unimaginable emotional trauma and loss of jobs and money, inducing me to relocate each time to a new apartment with their repeated torturous intrusions, that they derived extreme satisfaction and sadistic pleasure from indicative of unjustifiable professional jealousy and mental insanity given I am a complete stranger to them. Having seen me repeatedly "walk-out" of jobs they would kill for, they were joyous to see me eventually relocate to my home-country, an action I hastily took to prevent them from their continuous torturous interference. They kept me under close surveillance and false imprisonment on fraudulent pretexts since, to continue to benefit from my copyright, to train self and commit identity fraud. They were happy and deluded themselves into accepting this as my reality and defined this to be the status-quo.

They bribed out my reporting line at Cisco Systems and kept me under close surveillance under them to control promotions, opportunities or work assignments made available. I was educated of their true motive only since last August 2015. Having learned of investments made available to me early 2015, they perpetrated violent hate crime against me and blackmailed me to get them to benefit from my association having empowered themselves from my abuse and exploitation from 7 years believing that if they continue to keep me in the dark that I would succumb to their intimidation and assaults. To this day, having realized the value of associating with me, impersonating me, they continue to exploit me and keep me falsely imprisoned. Having learnt of my intent to relocate back to US to file a lawsuit against them, they indulged in atrocious crimes and violent tort even physically assaulting me round the clock, subjecting me to electronically, wirelessly and electromagnetically enabled laser attacks to mutilate my organs through nanobots introduced in my body. This has made my private space a breeding ground for a mob to attack me based on my personal and professional developments opening me up to be at

TITLE OF DOCUMENT: _EMPLOYMENT DOC_ CASE NO.: _____

PAGE NO. _16_ OF _21_   [JDC TEMPLATE]

1    the receiving end of very sub-par elements in the society jeopardizing my life and holding me up

2    for ransom to extract money or redirect my intellectual property to themselves given my reckless

3    actions at not handling this matter against them legally given the secrecy and trolling schemes

4    employed to prevent me from finding out their fraudulent business practices and harm inflicted

5    against me. They cold-called my extended networks from work though they had nothing to do

6    with my area of work, organization, skill-sets, or inclination using this as an opportunity to fake

7    and grossly misrepresent themselves to benefit from my lack of awareness of their surreptitious

8    activities behind my back.

9

10   Summary:

11   Cisco System, San Jose, claimed my accusations were not substantiated and reported my

12   leave from office was inexcusable while I tried to amicably negotiate and resolve matters with

13   the HR. They didn't pay me my salary and haven't settled my account after resignation yet. They

14   have instead chosen to charge me 1 month's salary for my leave of absence. I haven't claimed

15   any money for my medical treatments for new conditions surfaced that would be very disturbing

16   to a young woman.

17   This is in gross violation of my rights, is retaliatory and discriminatory mostly for being

18   ticked off by my ethnic roots, race, and my gender for having been considered for opportunities

19   that presented me with a lot of visibility that wasn't easy to come by that I wasn't aware of or

20   chose to abuse and broadcast, to assert my rights having had received them for my own personal

21   contributions and high standing. This was made available to me in US as well before I took up

22   job with Cisco Systems that lead to aggressive attacks by DOES 1- 100 due to defamatory

23   remarks passed by those that didn't seem to suffer at the hands of recession. An arrangement

24   made by foreign governments and private parties from determining the profit in it.

25   These bad faith actions lead to delays and also got FBI and police to not take my

26   complaints against their acts seriously that were placed between March 2016 through July 2016

27   given they reached out to the cops before me with defamatory remarks about my arrival to US. A

28   trafficking accusation was arranged for by tipping off the California State Government to prevent

TITLE OF DOCUMENT: EMPLOYMENT DISC   CASE NO.: _____

PAGE NO. 17 OF 24   [JDC TEMPLATE]

1   adverse legal outcomes, disclosure and arrest by those that enjoyed back-doors into Cisco

2   Systems to further prevent me from gaining appropriate reprisals by those managers I reported

3   to, as listed above that were guilty of taking bribes to discriminate against me, to attempt at

4   preventing their disclosure. My hotel room was also broken into to steal my copyright work and

5   Intellectual Property that I had transferred to a USB stick in June 2016.

6   Cisco has destroyed my reputation and moral standing I enjoyed in society by having

7   very low agents palm-off credit from my identity in-turn forcing theirs on me. I am bankrupt

8   today and have been ascertaining best options having come under government radar given my

9   employers harmful practices to violently discriminate against me. This was mainly done to

10   prevent me from profiting from for my ideas that the US government chose to invest in and

11   tarnish the visibility and presence I enjoyed out of sheer malice and given I was a woman from a

12   Asian decent who was very young.

13   PRAYER:

14   The nature of rumors spread by the employer has caused permanent lifelong dent in my

15   standing and reputation both professionally and personally and the main motivation was to

16   cooperate with another countries fraudulent attempt to bail two government spies out that dealt in

17   stealing intellectual property, trading them and soliciting investments, causing grave identity

18   theft of very reputed and highly moral and private folks such as me. This opened my family to

19   genocidal attacks. It served as a threat to the safety, life of my ex-colleagues and industry

20   connections that enjoyed high reputation in the software industry giving room to war crimes and

21   instigating war like attacks and government investigations.

22   I currently suffer physical injury of permanent nature, a new condition of scalp through

23   chemical attacks has caused 70% hair loss and permanent thinning of my hair exposed to at work

24   in March, April 2015 time-frame. My eyes are continued to be attacked. The directed energy

25   weaponry body attacks since last year has created excruciating pains and triggered a permanent

26   condition of early arthritis. Unjust enrichment and redirection of my ideas and trade secrets

27   continues even to this day through satellite spectrum sharing.

28

TITLE OF DOCUMENT: ᏞᎷᏢᏞᎾᎽᎷᏋᏁᎢ ᎾᏞᏢᏟ CASE NO.: _____

PAGE NO. _18_ OF _2__   [JDC TEMPLATE]

1   I fear I cannot work again if this level of atrocious attacks continues. That will jeopardize

2   a great career I can have if these miscreants can be prevented from blackmailing, retaliating and

3   intruding on my privacy and intentionally interfering in my professional and personal matters.

4   This has also delayed my marriage prospects and a chance to lead a normal life free from their

5   interference.

6   I was induced to relocate from US back to India and have gravely suffered at the hands of

7   fraudster's right from the start of my career. I enjoyed great association with Cisco since

8   inception in August 2012 through August 2014 until the re-org and then matter got very grave

9   since start of February of 2015 given their intrusion yet again, using as channels Cisco

10  employees I dealt with for my work.

11  I request for permanent injunction from the aforementioned parties and their agents,

12  servants, and employees, and all persons acting under, in concert with, restitution, injunctive

13  relief, compensatory relief, punitive damages, profits made through unjustly enriching third

14  parties, plaintiffs attorneys fees, costs of litigation, expenses incurred through loss of pay,

15  general damages as well as special damages listed above as well as future losses.

16  I also request for a preliminary injunction and permanent injunction enjoining defendants

17  and their/her agents, servants, and employees, and all persons acting under, in concert  with, or

18  from him/her from continuing to publish private facts, half-truths or lies about plaintiff in public

19  by intruding on my privacy either electronically or surreptitiously.

20  I also request for a preliminary injunction and permanent injunction enjoining defendants

21  and their/her agents, servants, and employees, and all persons acting under, in concert  with, or

22  from him/her from continuing to promote their business or attract new business by dropping my

23  association with industry connections that are well connected or profitable, those that I do not

24  reach out to myself.

25  I beg and request not to promote other fraudulent agents using my identity and to obtain a

26  life-time injunctive relief from everyone that has stolen my intellectual property filing possible

27  patents kept from me.

28

TITLE OF DOCUMENT: EMPLOYMENT DISC   CASE NO.: _____

PAGE NO. 19 OF 21   [JDC TEMPLATE]

1    I beg and request not to promote other fraudulent agents using my identity and to obtain a

2    life-time injunctive relief from everyone that has committed Identity theft through channels made

3    available by Cisco.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT: _EMPLOYMENT DISC_   CASE NO.: _____

PAGE NO. _20_ OF _21_   [JDC TEMPLATE]

1

2  Date: Oct 7th 2016          Sign Name: SHRUTI SHETTY

3                              Print Name: _SHRUTI SHETTY_

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT: _COMPLAINT BISC_  CASE NO.: _____

PAGE NO. _2_  OF _21_   [JDC TEMPLATE]

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Shruti Shetty<br>640 Clay Street<br>Apartment 104<br>San Francisco, CA 94111 | From: | San Francisco District Office<br>450 Golden Gate Avenue<br>5 West, P.O. Box 36025<br>San Francisco, CA 94102 |
|-----|-----|-----|-----|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|-----|-----|-----|
| **550-2016-00607** | **Malihe S. Kigasari,**<br>**Investigator** | **(415) 522-3078** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

☐    More than 180 days have passed since the filing of this charge.

☒    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

☒    The EEOC is terminating its processing of this charge.

☐    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*        7/7/16

Enclosures(s)

William R. Tamayo,
**District Director**

*(Date Mailed)*

cc:    HR Director
CISCO SYSTEMS
150 W Tasman Drive
San Jose, CA 95134

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you receive this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than <u>2 years (3 years)</u> before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*