UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHRUTI SHETTY,<br>        Plaintiff,<br>   v.<br>CISCO SYSTEMS,<br>        Defendant. | Case No.16-cv-06012-HSG<br><br>**JUDGMENT**<br>Re: Dkt. No. 24 |

The Court having dismissed the complaint pursuant to 28 U.S.C. § 1915, for failure to state a claim, and Plaintiff having failed to file an amended complaint that states a claim, it is ORDERED and ADJUDGED that Plaintiff take nothing, and that the action be dismissed.

Dated: 5/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge